# EXHIBIT B

**U.S. Patent No. US 9,118,712 v. Authentic8, Inc.**

1

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]    A method    for connecting user browser software running on a user computer    to the    internet for    the purposes    of data communication    with internet data sources,    the method comprising the steps of: | Authentic8 Inc. performs and/or induces others to perform a method for connecting user browser software running on a user computer to the internet for the purposes of data communication with internet data sources. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Authentic8 provides Silo Web Isolation Platform, a remote browser isolation system that executes all web content on cloud servers instead of the local device ("user computer"). When a user enters a web address or interacts with a page using their local browser ("user browser software") on the Internet, the request is directed to the remote isolated environment of the Silo Web Isolation Platform, where the actual browsing session runs. Further, the user's computer only receives a pixel-based video stream of the session, and no website code is executed on the local device. |

2



Source: https://www.authentic8.com/products/silo-web-isolation-platform

# Shift your risk, centralize your control

The Silo Web Isolation Platform is a secure, cloud-native execution environment for all web-based activity. Silo is built on the principles that all web code and critical data should be isolated from the endpoint, and that browsing capabilities should be like any other enterprise workflow — configurable and auditable.

User computer

Source: https://www.authentic8.com/products/silo-web-isolation-platform (annotated)

3



Source: https://www.authentic8.com/products/silo-web-isolation-platform (annotated)



User requested to access web page in the browser software running on the user computer

are appropriate to visit at work even in isolation such

**Redirect employee's personal web browsing using Silo API**

Authentic8
3.38K subscribers

Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

5



**Redirect employee's personal web browsing using Silo API**

Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

7

## Cloud-native speed and scale

The Silo Web Isolation Platform is a zero-trust browsing environment that runs natively from the cloud as a fully containerized architecture. Webpages are loaded and associated code is executed on a cloud server, far removed from the user's local device and the organization's network. The user's session is deleted when it ends, so any malicious cookies or downloads associated with it are destroyed.

Source: https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.

## Zero exception, zero exposure

Silo is fully isolated: zero web code reaches the user's local device or is able to move onto the organization's internal network. Endpoints receive a benign, encrypted, pixel-based video stream of the webpage or application — absolutely none of the active content is transmitted. As a result, Silo neutralizes the threat of ransomware, phishing and zero-day exploits.

Source: https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.1] providing a software rendering application that is: (i) remote from the user computer, | Authentic8 Inc. performs and/or induces others to perform the step of providing a software rendering application that is: remote from the user computer, and in data communication with the user computer. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, in Silo Web Isolation Platform, all web content processing occurs on cloud servers ("remote from the user computer"), while the user's local browser only displays a secure, interactive view of the session. The remote system handles commands from the user's browser, retrieves data from websites, and sends back a pixel-based interactive |

8

| | |
|---|---|
| and (ii) in data communicati on with the user computer; | interface and executes web content on the remote isolated environment of the Silo browser, but remains connected to the user's browser and computer for data exchange ("data communication with the user computer").

## Shift your risk, centralize your control

The Silo Web Isolation Platform is a secure, cloud-native execution environment for all web-based activity. Silo is built on the principles that all web code and critical data should be isolated from the endpoint and that browsing capabilities should be like any other enterprise workflow — configurable and auditable.

User computer

Source: https://www.authentic8.com/products/silo-web-isolation-platform (annotated)



**100% Isolation**
Each Silo session runs in secure, one-time-use web-based execution containers

User computer

Source: https://www.authentic8.com/products/silo-web-isolation-platform (annotated) |

9



Source:  https://www.authentic8.com/blog/incident-response-apts-stop-data-loss-maintain-connectivity-find-adversary-0 (annotated)

## Cloud-native speed and scale

The Silo Web Isolation Platform is a zero-trust browsing environment that runs natively from the cloud as a fully containerized architecture. Webpages are loaded and associated code is executed on a cloud server, far removed from the user's local device and the organization's network. The user's session is deleted when it ends, so any malicious cookies or downloads associated with it are destroyed.

Source:  https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.

10

| | |
|---|---|
| | **Zero exception, zero exposure**<br><br>Silo is fully isolated: zero web code reaches the user's local device or is able to move onto the organization's internal network. Endpoints receive a benign, encrypted, pixel-based video stream of the webpage or application — absolutely none of the active content is transmitted. As a result, Silo neutralizes the threat of ransomware, phishing and zero-day exploits.<br><br>Source:  https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.2] issuing at least one command from the user browser software, the at least one command being intended for a target internet data source internet data sources; | Authentic8 Inc. performs and/or induces others to perform the step of issuing at least one command from the user browser software, the at least one command being intended for a target internet data source internet data sources;<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user interacts with their browser to access ("at least one command") any website, such as a Facebook page, the browser generates a request intended for the target website, such as Facebook. Further, any actions such as clicking links, typing in the search bar, or navigating between posts are captured and transmitted to the remote environment of Silo platform. Further, the user's browser does not directly fetch content from Facebook; instead, the isolated remote platform receives and processes these interactions to retrieve the requested data from the target internet source. |

11



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

13



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

14

## Cloud-native speed and scale

The Silo Web Isolation Platform is a zero-trust browsing environment that runs natively from the cloud as a fully containerized architecture. Webpages are loaded and associated code is executed on a cloud server, far removed from the user's local device and the organization's network. The user's session is deleted when it ends, so any malicious cookies or downloads associated with it are destroyed.

Source: https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.

## Zero exception, zero exposure

Silo is fully isolated: zero web code reaches the user's local device or is able to move onto the organization's internal network. Endpoints receive a benign, encrypted, pixel-based video stream of the webpage or application — absolutely none of the active content is transmitted. As a result, Silo neutralizes the threat of ransomware, phishing and zero-day exploits.

Source: https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [1.3] intercepting, by the software rendering application, the at least one command before it | Authentic8 Inc. performs and/or induces others to perform the step of intercepting, by the software rendering application, the at least one command before it reaches the target internet data source.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user accesses ("at least one command") any website, such as the Facebook page, through their browser, any action, such as clicking links, scrolling, or typing input, is first captured by the Silo isolated remote browser ("software rendering application"). The user's commands are processed within the cloud environment before any request is sent to Facebook. |

15

| | |
|---|---|
| reaches the target internet data source | <br><br>Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated) |



**Redirect employee's personal web browsing using Silo API**

Authentic8
3.38K subscribers

Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

17



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

18



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

19

## Cloud-native speed and scale

The Silo Web Isolation Platform is a zero-trust browsing environment that runs natively from the cloud as a fully containerized architecture. Webpages are loaded and associated code is executed on a cloud server, far removed from the user's local device and the organization's network. The user's session is deleted when it ends, so any malicious cookies or downloads associated with it are destroyed.

Source: https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.

## Zero exception, zero exposure

Silo is fully isolated: zero web code reaches the user's local device or is able to move onto the organization's internal network. Endpoints receive a benign, encrypted, pixel-based video stream of the webpage or application — absolutely none of the active content is transmitted. As a result, Silo neutralizes the threat of ransomware, phishing and zero-day exploits.

Source: https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [1.4] proxying, by the software rendering application, the at least one command; | Authentic8 Inc. performs and/or induces others to perform the step of proxying, by the software rendering application, the at least one command.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after capturing user actions such as a request to access ("at least one command") any website, such as the Facebook page, the Silo isolation system forwards this request to Facebook on behalf of the user. Silo isolation system ("software rendering application") acting as an intermediary between the user's browser and the Internet. |

20



User requested to access ("at least one command") web page (e.g. Facebook page) in the browser software running on the user computer

**Redirect employee's personal web browsing using Silo API**

Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

21



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)



Silo platform intercepts user requests and forwards them to the end destination on behalf of the user browser, acting as an intermediary.

Source: https://www.authentic8.com/sites/default/files/content/PDF_files/authentic8_ds_SfSA_browsing_isolation.pdf, (annotated) at Page 1.

23



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

24

<table>
<tr><td></td><td>

## Cloud-native speed and scale

The Silo Web Isolation Platform is a zero-trust browsing environment that runs natively from the cloud as a fully containerized architecture. Webpages are loaded and associated code is executed on a cloud server, far removed from the user's local device and the organization's network. The user's session is deleted when it ends, so any malicious cookies or downloads associated with it are destroyed.

Source: https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.
</td></tr>
<tr><td>

[1.5] receiving, by the software rendering application, responsive data comprising original user functionality through the internet from the target internet data source;
</td><td>

Authentic8 Inc. performs and/or induces others to perform the step of receiving, by the software rendering application, responsive data comprising original user functionality through the internet from the target internet data source.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after receiving a user request, such as accessing the Facebook page, the Silo Web Isolation Platform ("software rendering application") forwards this request to the Facebook server ("target internet data source") on behalf of the user's browser software. The user's browser then receives the response corresponding to the original request. For instance, when accessing the Facebook login page, the Silo platform receives the same output from Facebook and later delivers it to the user's browser.
</td></tr>
</table>

25



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

26



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

27



Silo platform intercepts user requests and forwards them to the end destination on behalf of the user's browser, then receives the corresponding response from the destination.

Source: https://www.authentic8.com/sites/default/files/content/PDF_files/authentic8_ds_SfSA_browsing_isolation.pdf, (annotated) at Page 1.



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

29

| | |
|---|---|
| | ## Cloud-native speed and scale<br><br>The Silo Web Isolation Platform is a zero-trust browsing environment that runs natively from the cloud as a fully containerized architecture. Webpages are loaded and associated code is executed on a cloud server, far removed from the user's local device and the organization's network. The user's session is deleted when it ends, so any malicious cookies or downloads associated with it are destroyed.<br><br>Source:  https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.6] automatically rendering, by the software rendering application, all received responsive data into an interactive pixilated image as a layer defined by pixilated image data such that no original browser executable code will be | Authentic8 Inc. performs and/or induces others to perform the step of automatically rendering, by the software rendering application, all received responsive data into an interactive pixilated image as a layer defined by pixilated image data such that no original browser executable code will be executed at the user computer.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, in the Silo Web Isolation Platform ("software rendering application"), all web content, including but not limited to HTML, scripts, cookies, and executables, is executed entirely in a remote cloud container and never sent to the end user device. As a result, no original browser executable code ever executes locally on the user's computer. Further, the user's endpoint device receives an encrypted, pixel-based video stream ("pixilated image data") of the rendered page and allows user to click, fill form ("interactive") such as Facebook login details in the secure environment.<br><br>## Shift your risk, centralize your control<br><br>The Silo Web Isolation Platform is a secure, cloud-native execution environment for all web-based activity. Silo is built on the principles that all web code and critical data should be isolated from the endpoint, and that browsing capabilities should be like any other enterprise workflow — configurable and auditable.<br><br>User computer |

30

| executed at the user computer | Source: https://www.authentic8.com/products/silo-web-isolation-platform (annotated) |
| --- | --- |
| | ## Cloud-native speed and scale |
| | The Silo Web Isolation Platform is a zero-trust browsing environment that runs natively from the cloud as a fully containerized architecture. Webpages are loaded and associated code is executed on a cloud server, far removed from the user's local device and the organization's network. The user's session is deleted when it ends, so any malicious cookies or downloads associated with it are destroyed. |
| | Source: https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1. |
| | ### Authentic8 |
| | Authentic8 is a company born from Postini, an email security company purchased by Google. Authentic8 takes a different approach to browser isolation, offering a secure yet virtual browser. Silo runs on Authentic8's server and isolates all web code in a secure, remote container giving users a benign display of the web content. Devices connect via SSL, and data is exchanged via a proprietary remote display protocol. All content executes in the container, and zero web code reaches the device. |
| | Instead of being offered as an application, the browser is delivered as a service. The browser is built to allow users to connect securely from any device or from any network. In addition, the browser has policies and controls embedded within it. IT controls the browser that employees use, regardless of where they are. IT can also control cloud-based work assets by binding credentials to its Silo profile. |
| | Source: https://www.authentic8.com/static/media/uploads/resources/2017%20IDC_Validating_The_Known.pdf, at Page 4. |

31

## Eliminate the attack surface

Every click brings unknown code into your environment. With Silo, everything is isolated in the cloud, while users interact with a benign, secure display. No web code ever reaches your device. Devices need never handle your critical data.

Source: https://www.authentic8.com/why-silo

## Zero exception, zero exposure

Silo is fully isolated: zero web code reaches the user's local device or is able to move onto the organization's internal network. Endpoints receive a benign, encrypted, pixel-based video stream of the webpage or application — absolutely none of the active content is transmitted. As a result, Silo neutralizes the threat of ransomware, phishing and zero-day exploits.

Source:  https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.

32



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [1.7] overlaying, | Authentic8 Inc. performs and/or induces others to perform the step of overlaying, by the software rendering application, the pixilated image data with a secure browser readable code set layer comprising at least one of a link, a fillable user |

33

| | |
|---|---|
| by the software rendering application, the pixilated image data with a secure browser readable code set layer comprising at least one of a link, a fillable user input data field, an embedded video, or an embedded audio, wherein the browser readable code set includes the original user functionality of the responsive data; and | input data field, an embedded video, or an embedded audio, wherein the browser readable code set includes the original user functionality of the responsive data. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, after rendering the web content into a secure pixel-based display, the Silo isolated platform ("software rendering application") overlays the user's display with an interactive layer that preserves the original user request data and the website's functionality. For instance, when a user requests to access the Facebook login page within the Silo environment, the login form ("fillable input field") allows the user to type credentials and interact with the page. Therefore, it would be apparent to a person having ordinary skills in the art that the received response in the pixilated image data with a secure browser readable code set layer comprising at least one of a link, a fillable user input data field, or an embedded audio. <br><br> ## Shift your risk, centralize your control <br><br> The Silo Web Isolation Platform is a secure, cloud-native execution environment for all web-based activity. Silo is built on the principles that all web code and critical data should be isolated from the endpoint, and that browsing capabilities should be like any other <br><br> User computer <br><br> enterprise workflow — configurable and auditable. <br><br> Source: https://www.authentic8.com/products/silo-web-isolation-platform (annotated) <br><br> ## Cloud-native speed and scale <br><br> The Silo Web Isolation Platform is a zero-trust browsing environment that runs natively from the cloud as a fully containerized architecture. Webpages are loaded and associated code is executed on a cloud server, far removed from the user's local device and the organization's network. The user's session is deleted when it ends, so any malicious cookies or downloads associated with it are destroyed. <br><br> Source: https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1. |

34

### Authentic8

Authentic8 is a company born from Postini, an email security company purchased by Google. Authentic8 takes a different approach to browser isolation, offering a secure yet virtual browser. Silo runs on Authentic8's server and isolates all web code in a secure, remote container giving users a benign display of the web content. Devices connect via SSL, and data is exchanged via a proprietary remote display protocol. All content executes in the container, and zero web code reaches the device.

Instead of being offered as an application, the browser is delivered as a service. The browser is built to allow users to connect securely from any device or from any network. In addition, the browser has policies and controls embedded within it. IT controls the browser that employees use, regardless of where they are. IT can also control cloud-based work assets by binding credentials to its Silo profile.

Source:    https://www.authentic8.com/static/media/uploads/resources/2017%20IDC_Validating_The_Known.pdf,    at Page 4.

## Eliminate the attack surface

Every click brings unknown code into your

environment. With Silo, everything is isolated in the

cloud, while users interact with a benign, secure

display. No web code ever reaches your device.

Devices need never handle your critical data.

Source: https://www.authentic8.com/why-silo

35

## Zero exception, zero exposure

Silo is fully isolated: zero web code reaches the user's local device or is able to move onto the organization's internal network. Endpoints receive a benign, encrypted, pixel-based video stream of the webpage or application — absolutely none of the active content is transmitted. As a result, Silo neutralizes the threat of ransomware, phishing and zero-day exploits.

Source:  https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.

36



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.8] sending the browser | Authentic8 Inc. performs and/or induces others to perform the step of |
|---|---|

37

| | |
|---|---|
| readable code set from the software rendering application to the user browser software. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Silo Web Isolation Platform ("software rendering application") processes the user's request remotely on cloud servers. Instead of transmitting the original executable web code to the endpoint, the platform generates a pixel-based video stream of the requested page and sends it to the user's browser. Further, the platform allows users to interact with the rendered page, such as enabling the user to enter credentials into login fields, click links, or interact with embedded content such as videos or audio. Therefore, it would be apparent to a person having ordinary skill in the art that the Silo platform delivers a browser-readable code set to the user's browser software in place of the original web code.<br><br>**Shift your risk, centralize your control**<br><br>The Silo Web Isolation Platform is a secure, cloud-native execution environment for all web-based activity. Silo is built on the principles that all web code and critical data should be isolated from the endpoint, and that browsing capabilities should be like any other enterprise workflow — configurable and auditable.<br><br>Source: https://www.authentic8.com/products/silo-web-isolation-platform<br><br>**Cloud-native speed and scale**<br><br>The Silo Web Isolation Platform is a zero-trust browsing environment that runs natively from the cloud as a fully containerized architecture. Webpages are loaded and associated code is executed on a cloud server, far removed from the user's local device and the organization's network. The user's session is deleted when it ends, so any malicious cookies or downloads associated with it are destroyed.<br><br>Source: https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1. |

38

### Authentic8

Authentic8 is a company born from Postini, an email security company purchased by Google. Authentic8 takes a different approach to browser isolation, offering a secure yet virtual browser. Silo runs on Authentic8's server and isolates all web code in a secure, remote container giving users a benign display of the web content. Devices connect via SSL, and data is exchanged via a proprietary remote display protocol. All content executes in the container, and zero web code reaches the device.

Instead of being offered as an application, the browser is delivered as a service. The browser is built to allow users to connect securely from any device or from any network. In addition, the browser has policies and controls embedded within it. IT controls the browser that employees use, regardless of where they are. IT can also control cloud-based work assets by binding credentials to its Silo profile.

Source:    https://www.authentic8.com/static/media/uploads/resources/2017%20IDC_Validating_The_Known.pdf,    at Page 4.

## Eliminate the attack surface

Every click brings unknown code into your

environment. With Silo, everything is isolated in the

cloud, while users interact with a benign, secure

display. No web code ever reaches your device.

Devices need never handle your critical data.

Source: https://www.authentic8.com/why-silo

39

## Zero exception, zero exposure

Silo is fully isolated: zero web code reaches the user's local device or is able to move onto the organization's internal network. Endpoints receive a benign, encrypted, pixel-based video stream of the webpage or application — absolutely none of the active content is transmitted. As a result, Silo neutralizes the threat of ransomware, phishing and zero-day exploits.

Source: https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, at Page 1.

40



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

41



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

42



Source: https://www.youtube.com/watch?v=C7a_whZ0lQc (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

43

## 2. List of References

1. https://www.authentic8.com/products/silo-web-isolation-platform, last accessed on September 25th, 2025.
2. https://www.youtube.com/watch?v=C7a_whZ0lQc, last accessed on September 25th, 2025.
3. https://corpweb-origin.authentic8.com/sites/default/files/content/PDF_files/tb-why-use-silo-web-isolation.pdf, last accessed on September 25th, 2025.
4. https://www.authentic8.com/blog/incident-response-apts-stop-data-loss-maintain-connectivity-find-adversary-0, last accessed on September 25th, 2025.
5. https://www.authentic8.com/sites/default/files/content/PDF_files/authentic8_ds_SfSA_browsing_isolation.pdf, last accessed on September 25th, 2025.
6. https://www.authentic8.com/static/media/uploads/resources/2017%20IDC_Validating_The_Known.pdf, last accessed on September 25th, 2025.
7. https://www.authentic8.com/why-silo, last accessed on September 25th, 2025.